## Commonwealth, Appellant, *v.* Harwell.

 Argued June 21, 1967. *Gordon Gelfond*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellant; *Robert N. C. Nix, Jr.*, for appellee.

Order affirmed.

## Commonwealth *v.* Hicks, Appellant.

 Submitted June 12, 1967. *Norman J. Hicks*, appellant, in propria persona; *Homer C. Grasberger* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.